1 | Gina Fazio, Esq. #225178
  | Law Offices of Jeffrey Milam
2 | P.O. Box 26360
  | Fresno, California 93729
3 | (559) 264-2800

4 | Attorney for Plaintiff

7 | IN THE UNITED STATES DISTRICT COURT FOR

8 | THE EASTERN DISTRICT OF CALIFORNIA

9 | AT FRESNO

TONI HECTOR                          )
                                     )   1:05-CV-1549 REC LJO
                                     )
        Plaintiff,                   )   STIPULATION AND ORDER
                                     )
vs.                                  )
                                     )
JO ANNE B. BARNHART,                 )
Commissioner of Social               )
Security,                            )
                                     )
        Defendant.                   )
_____)

    IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 60 day extension of time, until August 7, 2006, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, December 6, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

1 | Dated:  June 8, 2006 | /s/ Gina Fazio
2 | | GINA FAZIO,
  | | Attorney for Plaintiff.
3 | Dated: June 9, 2006 |
4 | | MCGREGOR SCOTT
  | | United States Attorney
5 |
6 | | By: /s/ Kristi C. Kapetan
  | | (as authorized via facsimile)
  | | KRISTI C. KAPETAN
7 | | Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   June 12, 2006**          **/s/ Lawrence J. O'Neill**
b9ed48                               UNITED STATES MAGISTRATE JUDGE