1   Gina Fazio, Esq. #225178
    Law Offices of Jeffrey Milam
2   P.O. Box 26360
    Fresno, California 93729
3   (559) 264-2800

4   Attorney for Plaintiff

5

6

7                   IN THE UNITED STATES DISTRICT COURT FOR

8                    THE EASTERN DISTRICT OF CALIFORNIA

9                                AT FRESNO

10  Toni Hector                )
                               )        1:05-CV-1549 AWI LJO
11                             )
           Plaintiff,          )        STIPULATION AND ORDER
12                             )
    vs.                        )
13                             )
    JO ANNE B. BARNHART,       )
14  Commissioner of Social     )
    Security,                  )
15                             )
           Defendant.          )
16  _____)

17

18         IT IS HEREBY STIPULATED by and between the parties as follows: that

19  appellant be granted a 30 day extension of time, until September 6, 2006, in which to serve

20  Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed,

21  December 6, 2005, shall proceed under the time limit guidelines set therein.

22  / /

23  / /

24  / /

25  / /

26  / /

27  / /

28  / /

1     Dated:  August 7, 2006            /s/ Gina Fazio

2                                  GINA FAZIO,
                                 Attorney for Plaintiff.

3     Dated: August 7, 2006

4                                  MCGREGOR SCOTT
                                 United States Attorney

5

6                                  By: /s/ Kristi C. Kapetan
                                 (as authorized via facsimile)
                                 KRISTI C. KAPETAN

7                                  Assistant U.S. Attorney

8

    IT IS SO ORDERED.

9

    **Dated:   August 22, 2006**            **/s/ Lawrence J. O'Neill**

10     b9ed48                           UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28